UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN SOO ROH, YOUNGJU ROH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:13-cv-00294-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated February 22, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **April 1, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 20th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge